UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 20-1909-DMG (KKx)** | Date | September 23, 2020 |
| Title | *Blanca Mejia v. Essential Services Group LLC, et atl.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS— ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION FOR LACK OF JURISDICTION**

*Pro se* Plaintiff Blanca Mejia filed this action on September 15, 2020. Compl. [Doc. # 1]. She contends that the Court has diversity jurisdiction over the matter. *Id.* at ¶ 4. To give rise to a court's diversity jurisdiction, a lawsuit must place over $75,000 in controversy and concern parties that have complete diversity of citizenship (i.e., are citizens of different states). 28 U.S.C. § 1332. Complete diversity means that "each defendant must be a citizen of a different state from each plaintiff." *In re Digimarc Corp. Derivative Litig.*, 549 F.3d 1223, 1234 (9th Cir. 2008).

Plaintiff alleges that she resides in California, and that Defendants Martha Estevez and Rafael Estevez also reside in California. Compl. at ¶¶ 1-2. Defendants Essential Services Group LLC, Essential Ohio Services LLC, and Ohio Best Management LLC all appear to be owned at least in part by either Plaintiff or Rafael Estevez. *Id.* at ¶¶ 9, 13. Because these Defendants are all limited liability companies and are therefore citizens of every state in which their owners or members are citizens, they too are citizens of California. *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Thus, there is no diversity of citizenship.

Additionally, the amount of recovery demanded by Plaintiff is $65,200. Compl. at ¶ 24. This is below the required amount in controversy threshold of $75,000.

Accordingly, since the parties in this action are non-diverse, the amount in controversy is below $75,000, and the claims arise under state law, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Court should not dismiss this action, without prejudice, for lack of subject matter jurisdiction. Plaintiff shall respond, in writing not to exceed 10 pages, no later than **October 7, 2020**. Failure to timely file a satisfactory response shall result in the dismissal of this action.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |